Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DIVISION

| | | |
|---|---|---|
| Thomas A. Martinez | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 25cv3732 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| DEPARTMENT OF VETERANS AFFAIR OFFICE | § | |
| | § | |

ORIGINAL COMPLAINT

*United States Courts Southern District of Texas FILED AUG 11 2025 Nathan Ochsner, Clerk of Court*

Why do the courts have Jurisdiction over my case.

A. I Thomas A. Martinez submitted a tort claim with the U.S. department of Veterans affairs office General Counsel. In Washington D.C. I received a certified letter from them stating that my case was denied. Now I'm asking the courts for relief.

B. Duty of Care.
   1. Dr. Sabichi and Dr. Jackson owed to me a duty of care, which was available at their oncology clinic, at the Micheal E. DeBakey V A Hospital in Houston Texas. The treatment was Target Therapy, the Sotorasib tablets. This treatment is only available to patients with specific types of lung cancer, the lung cancer I have is specifically for this treatment. Both Dr. Sabichi and Dr. Jackson only offered chemotherapy.

C. Breach of Duty
   1. Dr. Sabichi and Dr. Jackson Breached their duty to me when they failed to offer me another form of treatment for my lung cancer, which was the target therapy Sotorasib tablets.

D. Breached cause Injury
   1. Dr. Sabichi and Dr. Jackson Breach caused more injury to me, which resulted in 4 treatments of Chemotherapy. At the beginning of the Chemo, cancer was only in left lung, after the 4th Chemo treatment, cancer was in right lung as well, now both lungs have cancer stage 4. Yet they insisted that I have more

    chemo. I said no Chemo. They told me that I only have no than 6 months to live. Letter attached.

E.  Victim Suffered Injuries

  1.  Dr. Sabichi made me suffer with intangible losses such as emotional distress, pain, suffering, and loss of enjoyment of life. Asking for $1,000.000 in damages, for the Quality of life that was taken from me. I have been taking the target therapy Sotorasib tablet, for 8 months. My Quality of Life has improved, I still have cancer, never going away.

I Thomas A. Martinez Certify under the penalty of perjury under the laws of the United States of America. The foregoing statement is true and correct.

Signed

Thomas A. Martinez      Date 03/31/2025
20106 Bandera Lake Lane
Richmond Texas, 77407
832-449-0181